# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 30, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152035

CITY OF HUNTINGTON WOODS and CITY
OF PLEASANT RIDGE,
       Plaintiffs/
       Counter-Defendants-Appellants,

v

CITY OF OAK PARK,
       Defendant/
       Counter-Plaintiff-Appellee,
and

45TH DISTRICT COURT,
       Defendant-Appellee.
_____/

SC: 152035
COA: 321414
Oakland CC: 2013-135842-CZ

       On order of the Chief Justice, at the request of the special mediator, Court of Appeals Chief Judge Michael J. Talbot, the briefing periods shall begin to run from the date of the special mediator's final report concluding that settlement efforts have concluded without successfully resolving all of the issues raised in the application for leave to appeal.

       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2016



Clerk